No. 39590.—Protests 480833–G, etc., of Lily Dache et al. (New York).

Opinion by TILSON, J. It was found that the merchandise consists of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.